UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID D. DAUGHERTY,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　Defendant. | CAUSE NO.  1:15-cv-1574-DKL-JMS |

## JUDGMENT
### (Amended)

The Court, having issued its *Entry* on the defendant Commissioner's motion for entry of judgment and remand [doc. 24] and its *Entry* on the Commissioner's motion to alter or amend the original judgment, hereby **ORDERS**, **ADJUDGES**, and **DECREES** judgment in favor of Plaintiff and against Defendant.  Defendant's decision denying Plaintiff's claim for disability benefits is **REVERSED** and Plaintiff's claim is **REMANDED** to Defendant for reconsideration that is consistent with the instructions in the Court's entries.

　　**SO ORDERED this date:**  05/26/2016

　　　　　　　　　　　　　　　　　　　　　　　*Denise K. LaRue*
　　　　　　　　　　　　　　　　　　　　　　　Denise K. LaRue
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.